**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MICHAEL W. KWASNIK,                 :
                                    :
       Petitioner,                  :         Civ. No. 24-1363 (RBK)
                                    :
v.                                  :
                                    :
UNITED STATES OF AMERICA,           :         **MEMORANDUM & ORDER**
                                    :
       Respondent.                  :
                                    :

Petitioner is proceeding through counsel with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On April 17, 2024, Respondent filed a sixty-three page brief in opposition to Petitioner's § 2255 motion. (*See* ECF 14). Petitioner's reply brief is not due until June 6, 2024. Petitioner requests to be able to file a reply brief of up to forty pages rather than the fifteen pages permitted under this Court's Local Rules. (*See* ECF 16). Respondent opposes this request. (*See* ECF 17).

Local Civil Rule 7.2(a) permits a court to accept reply briefs of greater than fifteen pages if special permission from the Judge is obtained prior to submission of the brief. Given the length of the filings already in this case, the fact that this is a § 2255 action and in the interest of justice, this Court will grant Petitioner's request.

Accordingly, IT IS on this 20th day of May, 2024,

ORDERED that Petitioner's request to file a reply brief in support of his § 2255 motion of up to forty (40) pages (ECF 16) is granted; and it is further

ORDERED that Petitioner may file his reply brief on or before June 6, 2024.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge